Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE OGRIN,<br><br>    Plaintiff,<br><br>v.<br><br>VALENTINE & KEBARTAS, INC., a Massachusetts corporation; and KATHY DOE, an individual,<br><br>    Defendants. | Case No.: CV-13-00269-JLQ<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through her counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed against the above-named Defendants with prejudice and without costs or attorney fees to either party.

/////

/////

/////

NOTICE OF VOLUNTARY
DISMISSAL -1

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

1  DATED this 27th day of November, 2013.

Kirk D. Miller, P.S.

/s Kirk D. Miller
Kirk D. Miller, WSBA # 40025
Attorney for Plaintiff

NOTICE OF VOLUNTARY
DISMISSAL -2

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494